**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**RusTeak III, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA The Stubborn Mule**

**3. Debtor's federal Employer Identification Number** (EIN)

**81-1666476**

**4. Debtor's address**

**Principal place of business**

**13433 Lake Butler Blvd.**
**Winter Garden, FL 34787**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **RusTeak III, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **RusTeak III, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **RusTeak III, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2026**
MM / DD / YYYY

**X /s/ Brian James Buttner**
Signature of authorized representative of debtor

**Brian James Buttner**
Printed name

Title **Manager**

**18. Signature of attorney**

**X /s/ Justin M. Luna**
Signature of attorney for debtor

Date **November 13, 2026**
MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 481-5800** Email address **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RusTeak III, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ACH Secure Cap<br>243 Tresser Blvd.<br>17th Fl<br>Stamford, CT 06901** | | **Business Loan** | **Disputed** | | | **$49,000.00** |
| **Epic<br>Montium<br>311 Boulevard of the Americas<br>Lakewood, NJ 08701** | | **Business Loan** | **Disputed** | | | **$50,000.00** |
| **Fast Business Cash<br>FBC Funding Group<br>8550 West Charleston Blvd<br>Ste 102-186<br>Las Vegas, NV 89117** | | **Business Loan** | **Disputed** | | | **$150,000.00** |
| **Future Funding<br>3111 N University Dr.<br>Ste 702<br>Coral Springs, FL 33067** | | **Business Loan** | **Disputed** | | | **$20,000.00** |
| **Future Funding LLC<br>8 The GRN<br>Dover, DE 19901** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Kash<br>418 Broadway Ste. R<br>Albany, NY 12207** | | **Business Loan** | **Disputed** | | | **$150,000.00** |
| **Merchant Market Place<br>2777 Summer St. #501<br>Stamford, CT 06905** | | **Business Loan** | **Disputed** | | | **$50,000.00** |

Debtor **RusTeak III, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Newtek Bank, N.A.<br>1981 Marcus Avenue<br>Suite 130<br>New Hyde Park, NY 11042** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Parkwest Holding LLC<br>4319 Salisbury Road<br>Suite 108<br>Jacksonville, FL 32216** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Prime Funding<br>95 Androvette Street<br>Staten Island, NY 10309** | | **Business Loan** | **Disputed** | | | **$8,000.00** |
| **U.S. Small Business Admin<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203** | | | | **Unknown** | **$0.00** | **Unknown** |
| **U.S. Small Business Admin<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Webbank<br>215 South State Street<br>Suite 1000<br>Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Webbank<br>215 South State Street<br>Ste 1000<br>Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Webbank<br>215 South State Street<br>Ste 1000<br>Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Webbank<br>215 South State Street<br>Ste 1000<br>Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |

Debtor **RusTeak III, LLC** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Webbank 215 South State Street Ste 1000 Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Webbank 215 South State Street Ste 1000 Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Webbank 215 South State Street Ste 1000 Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Webbank 215 South State Street Ste 1000 Salt Lake City, UT 84111** | | | **Disputed** | **Unknown** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## Middle District of Florida

In re **RusTeak III, LLC** Case No.

Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thornton Eola Properties, LLC**<br>**13433 Lake Butler Blvd.**<br>**Winter Garden, FL 34787** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 13, 2026** Signature ***/s/* Brian James Buttner**
**Brian James Buttner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re **RusTeak III, LLC** Case No. ____

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 13, 2026**

**/s/ Brian James Buttner**
**Brian James Buttner**/**Manager**
Signer/Title

RusTeak III, LLC
13433 Lake Butler Blvd.
Winter Garden, FL 34787

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

ACH Secure Cap
243 Tresser Blvd.
17th Fl
Stamford, CT 06901

Epic
Montium
311 Boulevard of the Americas
Lakewood, NJ 08701

Fast Business Cash
FBC Funding Group
8550 West Charleston Blvd
Ste 102-186
Las Vegas, NV 89117

Future Funding
3111 N University Dr.
Ste 702
Coral Springs, FL 33067

Future Funding LLC
8 The GRN
Dover, DE 19901

Kash
418 Broadway Ste. R
Albany, NY 12207

Menagerie Eatery & Bar LLC

Menagerie Eatery & Bar, LLC

Merchant Market Place
2777 Summer St.
#501
Stamford, CT 06905

Newtek Bank, N.A.
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042

Orlando Wine Company, LLC

Parkwest Holding LLC
4319 Salisbury Road
Suite 108
Jacksonville, FL 32216

Prime Funding
95 Androvette Street
Staten Island, NY 10309

Thornton Eola Properties, LLC
13433 Lake Butler Blvd.
Winter Garden, FL 34787

U.S. Small Business Admin
2 North Street
Suite 320
Birmingham, AL 35203

U.S. Small Business Admin
14925 Kingsport Rd.
Fort Worth, TX 76155

Webbank
215 South State Street
Suite 1000
Salt Lake City, UT 84111

Webbank
215 South State Street
Ste 1000
Salt Lake City, UT 84111